No. 782. COLUMBUS CONSTRUCTION COMPANY, Petitioner, *v.* CRANE COMPANY, Respondent. On petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit. The petition for the writ of certiorari is

*Denied.*